429 A.2d 60

Commonwealth v. Vaughn, Appellant.

 Submitted November 16, 1979. John H. Corbett, Jr., Chief, Appeals, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J., concurred in the result.